**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**



UNDISTRIBUTED BALANCE

TO:      CLERK, U S BANKRUPTCY COURT

FROM:      MICHAEL H. MEYER, CHAPTER 13 TRUSTEE

DATE:      OCTOBER 24, 2022

DEBTOR(S):      ELIZABETH LEIGH MARTIN & AARON SCOTT HAMPTON

CASE NUMBER:      20-13208-B-13K

AMOUNT:      $18,054.73

Unclaimed money: TREASURY REGISTRY

Transmitted herewith is a check in the above amount for deposit with the Court as undistributed balance in the above-named case. (Make check payable to "Clerk, U S Bankruptcy Court" and attach check to form.)

EXPLANATION OF SOURCES:

UNCLAIMED DEBTOR FUNDS

ELIZABETH LEIGH MARTIN
AARON SCOTT HAMPTON
610 JACOB CREEK DRIVE
BAKERSFIELD, CA 93314

Michael H. Meyer
Digitally signed by Michael H. Meyer
Date: 2022.10.24 11:25:15 -07'00'

TRUSTEE