FORM FM3950D: Notice of Deficiency Re: Application for Payment of Unclaimed Funds (v.2.19)　　　　20–13208 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## NOTICE OF DEFICIENCY RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**Case Number:** 20–13208 – B – 13

**Debtor Name(s) and Address(es):**

Elizabeth Leigh Martin
610 Jacob Creek Drive
Bakersfield, CA 93314

Aaron Scott Hampton
610 Jacob Creek Drive
Bakersfield, CA 93314

**Your application is incomplete, or the wrong form was used. Please see below for more information:**

**More documentation is required to process your application. Please submit the following item(s):**

**Other:**

1. Each AO 213P form submitted is for Elizabeth Leigh Martin and the forms are incomplete. The full social security number must be listed.

2. A separate AO 213P form must be submitted for Aaron Scott Hampton.

3. The amount listed on page 1 of the Application for Unclaimed Funds is incorrect. Each debtor is entitled to receive half the funds i.e. $9,027.37 and $9,027.36.