United States Bankruptcy Court
Eastern District of California

In re:                                                                        Case No. 20-13208-B
Elizabeth Leigh Martin                                   Chapter 13
Aaron Scott Hampton
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-1                        User: auto                                Page 1 of 1
Date Rcvd: Jan 17, 2023                Form ID: FM3950D                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

**Recip ID**           **Recipient Name and Address**
db/jdb               + Elizabeth Leigh Martin, Aaron Scott Hampton, 610 Jacob Creek Drive, Bakersfield, CA 93314-4310

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023                           Signature:         /s/Gustava Winters

| FORM FM3950D: Notice of Deficiency Re: Application for Payment of Unclaimed Funds (v.2.19) | 20–13208 – B – 13 |

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## NOTICE OF DEFICIENCY RE: APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**Case Number:** 20–13208 – B – 13

**Debtor Name(s) and Address(es):**

Elizabeth Leigh Martin
610 Jacob Creek Drive
Bakersfield, CA 93314

Aaron Scott Hampton
610 Jacob Creek Drive
Bakersfield, CA 93314

**Your application is incomplete, or the wrong form was used. Please see below for more information:**

**More documentation is required to process your application. Please submit the following item(s):**

**Other:**

1. Each AO 213P form submitted is for Elizabeth Leigh Martin and the forms are incomplete. The full social security number must be listed.

2. A separate AO 213P form must be submitted for Aaron Scott Hampton.

3. The amount listed on page 1 of the Application for Unclaimed Funds is incorrect. Each debtor is entitled to receive half the funds i.e. $9,027.37 and $9,027.36.